UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACOB ANDREW BERGERON,<br><br>        Petitioner,<br><br>    -against-<br><br>DIANNE DAVIS, et al.,<br><br>        Respondents. | 21-CV-6767 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Petitioner, who is proceeding *pro se*, filed this petition for a writ of *habeas corpus*. He submitted the petition without a signature and without payment of the $5.00 filing fee or a request for authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees.

  By order dated August 13, 2021, the Court directed Petitioner, within thirty days, to complete, sign, and submit to the Court a declaration form to attest that he is the party who brings this action, and to either pay the $5.00 filing fee or complete and submit an IFP application. That order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed a declaration and an IFP application or paid the filing fee. Accordingly, the petition is denied without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

  Because Petitioner has not at this time made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket.

SO ORDERED.

Dated:   September 23, 2021
        New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge