UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACOB ANDREW BERGERON,<br><br>                           Petitioner,<br><br>          -against-<br><br>DIANNE DAVIS, et al.,<br><br>                          Respondents. | 21-CV-6767 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 23, 2021, denying the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is denied without prejudice. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   September 23, 2021
             New York, New York

                                                          /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                            Chief United States District Judge